IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BENJAMIN D. HATCHER and CAROLYN J. HATCHER,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>    **Defendant.** | :<br>:<br>:<br>:<br>:   **CASE NO:**<br>:   **7:24-cv-16-WLS**<br>:<br>:<br>:<br>: |

## **ORDER**

Presently before the Court is a joint Notice of Settlement (Doc. 19) ("Notice"). Therein, the Parties notify the Court that they have settled all claims in this case. The Parties are in the process of finalizing the settlement documents and indicate they will file a dismissal with prejudice once the settlement is finalized and consummated.

To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file a joint stipulation of dismissal of all claims by no later than **Monday, December 16, 2024**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

**SO ORDERED** this 14th day of November 2024.

                                                      /s/ **W. Louis Sands**
                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                    **UNITED STATES DISTRICT COURT**