IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BENJAMIN D. HATCHER, SR. and CAROLYN J. HATCHER,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 7:24-cv-00016-WLS |

## JOINT MOTION TO EXTEND TIME
## TO FILE JOINT STIPULATION OF DISMISSAL

Plaintiffs Benjamin D. Hatcher, Sr. and Carolyn J. Hatcher and Defendant Metropolitan Life Insurance Company (collectively "the Parties"), by and through their undersigned counsel, agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice with each party to bear its own costs.

Dated this the 6th day of January 2025.

/s/ Robert D. Howell (w/permission)
Robert D. Howell (GA Bar No. 372598)
HOWELL LAW FIRM, P.C.
P.O. Box 100
Moultrie, GA 31776
T: (229) 985-5300
F: (229) 891-3378
roberthowell@southgalaw.com

Robert R. McLendon, IV (GA Bar No. 497555)
214 Court Square, 2nd Floor
Blakely, GA 39823
T: (229) 723-2635
*Attorneys for Plaintiff*

/s/ Christopher Frost
Christopher Frost (GA Bar No. 101084)
William B. Wahlheim, Jr., *pro hac vice*
MAYNARD NEXSEN, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
cfrost@maynardnexsen.com
wwahlheim@maynardnexsen.com
*Attorneys for Defendant Metropolitan Life Insurance Company*

SO ORDERED this 6th day of January, 2025.

W. Louis Sands, Sr. Judge
United States District Court