IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BENJAMIN D. HATCHER, SR., et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:24-CV-16 (WLS) |
| | * |
| METROPOLITAN LIFE INSURANCE COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of January, 2025.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk